IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CVS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT CVS CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant CVS Corporation discloses that no publicly held corporation owns 10% or more of its stock.

CROSS & SIMON, LLC

/s/ Sean T. O'Kelly
Sean T. O'Kelly (#4349)
Kristen Healey Cramer (#4512)
913 North Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200
*Attorneys for CVS Corporation*

OF COUNSEL:

A. Jason Mirabito
Michael T. Renaud
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111

Dated: December 19, 2006

1