# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

**SUMMONS IN A CIVIL CASE**

CVS CORPORATION,
Plaintiff

CASE NUMBER:   0 6 - 7 7 5

V.

RONALD A. KATZ TECHNOLOGY
LICENSING, L.P.,
Defendant

TO:   RONALD A. KATZ TECHNOLOGY LICENSING, L.P.
c/o Delaware Secretary of State
State of Delaware
Dept. of State, Div. of Inc.
Townsend Building
P.O. Box 898
Dover, DE 19903

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S
ATTORNEY:

Sean O'Kelly (#4349)
Kristen Healey Cramer (#4512)
CROSS & SIMON, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

an answer to the complaint which is served on you with is summons within, 20 days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of the Court within a
reasonable period of time after service.

PETER T. DALLEO

CLERK

Evotte Wabon

(BY) DEPUTY CLERK

DEC 2 0 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>**12/20/2006 @ 4:00 p.m.** |
| NAME OF SERVER *(PRINT)*<br>**Alan M. Schmidt** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[]    Served personally upon the defendant by serving **Karen Charbonneau, government employee, c/o Secretary of State, Duke of York Street @ Federal Lane,Dover, DE 19901**

**40, F, W, 5'6", 140 pounds, blonde hair, no glasses**

[]    Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[]    Returned unexecuted:

[]    Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12/21/2006__        _Alan M. Schmidt_
              Date                    **Alan M. Schmidt**

**O'ROURKE INVESTIGATIVE ASSOCIATES, INC.**
**1225 King Street, Suite 400**
**P. O. Box 368**
**Wilmington, DE  19899-0368**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure