IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CVS CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>        Defendant. | C.A. No. 06-775 (GMS)<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF MAILING

Sean T. O'Kelly declares as follows:

1. I am an attorney in the law firm of Cross & Simon, LLC, counsel to plaintiff CVS Corporation in this action.

2. Defendant Ronald A. Katz Technology Licensing, L.P. is a California entity with its registered agent, Ronald A. Katz, located at 9226 Sunset Boulevard., Los Angeles, CA 90069.

3. The summons and complaint in this action were served on defendant Ronald A. Katz Technology Licensing, L.P. on December 20, 2006, pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the summons, showing the service on the Secretary of State, was filed with the Court on January 3, 2007.

4. On or before December 26, 2006, copies of the summons and complaint were sent by registered mail to Ronald A. Katz, 9226 Sunset Boulevard., Los Angeles, CA 90069, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 Del. C. § 3104, such service is as

effectual to all intents and purposes as if it had been made upon Ronald A. Katz Technology Licensing, L.P. personally within this State. See Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2007

_____
Sean T. O'Kelly

# Exhibit A

UNITED STATES POSTAL SERVICE
LOS ANGELES CA
26 DEC 2006 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Cross & Simon
913 N. Market St
Wilmington DE 19899

017

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ronald A. Katz
9226 Sunset Blvd
Los Angeles Suite 315
CA 90069

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Burnham

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540