IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CVS CORPORATION,            ) | |
|                             ) | |
|         Plaintiff,          ) | |
|                             ) | |
|     v.                      ) | |
|                             ) | C.A. No. 06-775 (GMS) |
| RONALD A. KATZ TECHNOLOGY   ) | |
| LICENSING, L.P.,            ) | |
|                             ) | |
|         Defendant.          ) | |
|                             ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS Ronald A. Katz Technology Licensing, L.P., ("RAKTL") has requested an extension of time to answer, move or otherwise plead in response to the Complaint filed December 19, 2006 to allow it the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

WHEREAS RAKTL stipulates that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and RAKTL, subject to the approval of the Court, that RAKTL may have until February 15, 2007 to answer, move or otherwise plead in response to the Complaint.

| CROSS & SIMON, LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Sean T. O'Kelly* | */s/ Julia Heaney* |
| Sean T. O'Kelly (#4349) | Mary B. Graham (#2256) |
| Kristen Healey Cramer (#4512) | Julia Heaney (#3052) |
| 913 N. Market Street, 11th Floor | Benjamin J. Schladweiler (#4601) |
| P.O. Box 1380 | 1201 N. Market Street |
| Wilmington, DE 19899-1380 | P.O. Box 1347 |
| 302.777.4200 | Wilmington, DE 19899-1347 |
| *Attorneys for Plaintiff CVS Corporation* | 302.658.9200 |
| | jheaney@mnat.com |
| | *Attorneys for Defendant* |
| | *Ronald A. Katz Technology Licensing, L.P.* |

SO ORDERED this ___ day of January, 2007.

550460

UNITED STATES DISTRICT JUDGE