IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CVS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-775 (GMS) |
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert T. Haslam, Michael K. Plimack, Dale A. Rice, and Andrew C. Byrnes of Heller Ehrman LLP in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

OF COUNSEL:

Robert T. Haslam
Andrew C. Byrnes
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
650.324.7000

Michael K. Plimack
Dale A. Rice
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
415.772.6000

January 10, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*
_____
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302.658.9200
jheaney@mnat.com
*Attorneys for Defendant*
*Ronald A. Katz Technology Licensing, L.P.*

SO ORDERED this ___ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

662670.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Andrew C. Byrnes, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: January 9, 2007

Andrew C. Byrnes
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
650.324.7000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Robert T. Haslam, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: January 9, 2007

_____
Robert T. Haslam
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
650.324.7000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Michael K. Plimack, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: January 9, 2007

Michael K. Plimack
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
415.772.6000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Dale A. Rice, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California, am admitted and in good standing as a member of the State Bar of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: January 9, 2007

*Dale A. Rice*
Dale A. Rice
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
415.772.6000

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following Kelly Farnan, Steven J. Balick and Sean T. O'Kelly.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 10, 2007 upon the following individuals in the manner indicated:

### BY E-MAIL

Kelly Farnan
Richards Layton & Finger
farnan@rlf.com

Steven J. Balick
Ashby & Geddes
sbalick@ashby-geddes.com

Sean T. O'Kelly
Cross & Simon, LLC
sokelly@crosslaw.com

Patrick J. Flinn
Alston & Bird LLP
Patrick.flinn@alston.com

Charles S. Barquist
Morrison & Forester LLP
cbarquist@mofo.com

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com