IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CVS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 06-775 (GMS) |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF
## CVS CORPORATION

PLEASE TAKE NOTICE that Erica N. Finnegan, Esq. hereby enters her appearance for Plaintiff CVS Corporation, and Kristen Healey Cramer, Esq. hereby withdraws as counsel to CVS Corporation. Sean T. O'Kelly, Esq., who previously entered his appearance on behalf of Plaintiff, will remain as counsel.

CROSS & SIMON, LLC

_/s/ Erica Finnegan_
Sean T. O'Kelly (#4349)
Erica N. Finnegan (#3986)
913 North Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200
*Attorneys for Defendants The Jean Coutu Group (PJC) USA, Inc., Eckerd Corporation, Brooks Pharmacy, Inc., Maxi Drug, Inc., Maxi Drug North, Inc., Rite Aid Corp., Rite Aid of Delaware, Inc.*

OF COUNSEL:

A. Jason Mirabito  
Michael T. Renaud  
Mintz, Levin, Cohn, Ferris, Glovsky  
  and Popeo, P.C.  
One Financial Center  
Boston, MA 02111

Dated: February 12, 2007

OF COUNSEL:

A. Jason Mirabito  
Michael T. Renaud  
Mintz, Levin, Cohn, Ferris, Glovsky  
  and Popeo, P.C.  
One Financial Center  
Boston, MA 02111

Dated: February 12, 2007

Case 1:06-cv-00775-GMS    Document 12    Filed 02/12/2007    Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CVS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>    Defendant. | )<br>)<br>) C.A. No. 06-775 (GMS)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Erica N. Finnegan, hereby certify that on February 12, 2007, a true and correct copy of the foregoing Notice of Substitution of Counsel was served by electronic filing upon all counsel of record.

CROSS & SIMON, LLC

*/s/ Erica N. Finnegan*
Erica N. Finnegan (#3986)
913 North Market Street, 11th Floor
Wilmington, DE  19801
(302) 777-4200
*Attorneys for Plaintiff CVS Corp.*