OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 16, 2007

United States District Court
  for the Central District of CA, Western Division
312 North Spring St., Room G-8
Los Angeles, CA 90012

RE:   In Re Katz Interactive Call Processing Patent Litigation MDL 1816,
      California District Court No. CV07-3002 RGK
      Delaware District Court No. 06-775 GMS

Dear Sir or Madam:

Pursuant to the MDL Judicial Panel Order transferring the above captioned case to your Court, enclosed please find the following item:

( X )   Certified copy of the docket sheet

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above item on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: _Maue McDavid_
    Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____.

_____
**Signature**